UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BLACKROCK BALANCED CAPITAL
PORTFOLIO (FI), et al.,

        Plaintiffs,

    vs.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee, DEUTSCHE BANK
TRUST COMPANY AMERICAS, as
Trustee, et al.,

        Defendants.
------------------------------------------------------- X

Case No. 14-CV-9367-RMB

ECF Case

**DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICAS' RULE 7.1 DISCLOSURE**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Deutsche Bank Trust Company Americas ("DBTCA"), solely in its capacity as trustee for the relevant trusts referenced in Plaintiffs' complaint herein, hereby states as follows:

1. DBTCA is a wholly-owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly-owned subsidiary of Deutsche Bank AG, a publicly held banking corporation organized under the laws of the Federal Republic of Germany.  No publicly held company owns 10% or more of Deutsche Bank AG's stock; and

2. The relevant residential mortgage-backed securitization trusts referenced in Plaintiffs' complaint herein have issued mortgage-backed securities that are eligible for public trading.  Certain holders of those securities may be publicly traded corporations.

Dated: New York, NY
February 10, 2015

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By:   /s/Bernard J. Garbutt III
                                             Bernard J. Garbutt III (BG-1970)
                                             101 Park Avenue
                                             New York, New York 10178
                                             (212) 309-6000

*Attorney for Defendant Deutsche Bank Trust Company Americas, as Trustee*