# JONES DAY

222 EAST 41ST STREET  •  NEW YORK, NEW YORK  10017.6702

TELEPHONE: +1.212.326.3939  •  FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-3604
jtambe@jonesday.com

230397-675007

December 23, 2015

**Via ECF and Hand Delivery**
Hon. Richard M. Berman
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re:    *BlackRock Allocation Target Shares, et al. v. Wells Fargo Bank, N.A.,* 14-cv-9371;
*Phoenix Light SF Ltd.  v. Wells Fargo Bank, N.A.*, 14-CV-10102; *Nat'l Credit Union
Admin. Board v. Wells Fargo Bank, N.A.,* 14-CV-10067; *Royal Park Investments SA/NV
v. Wells Fargo Bank, N.A.,* 14-CV-9764; *BlackRock Balanced Capital Portfolio (FI), et
al. v. Deutsche Bank National Trust, et al.,* 14-cv-9367

Dear Judge Berman:

On behalf of all of the parties in the above-referenced cases, we write in response to the

Court's request to identify the trusts that are Pooling and Servicing Agreement ("PSA") Trusts or

Indenture Trusts.  *See* Defs. Motion to Dismiss Decls., Exs. D and E. (Attached as Exhibit A).

| Case Name | PSA Trusts | Indenture Trusts | Total Trusts |
|---|---|---|---|
| *BlackRock Balanced Capital Portfolio (FI), et al. v. Deutsche Bank National Trust, et al.* | 500 | 64 | 564 |
| *BlackRock Allocation Target Shares, et al. v. Wells Fargo Bank, N.A.* | 261 | 12 | 273 |
| *Phoenix Light SF Ltd.  v. Wells Fargo Bank, N.A.* | 11[1] | 1 | 12 |
| *Nat'l Credit Union Admin. Board v. Wells Fargo Bank, N.A.* | 17 | 1 | 18 |
| *Royal Park Investments SA/NV v. Wells Fargo Bank, N.A.* | 2 | 0 | 2 |

---

[1] The Phoenix Light Plaintiffs' FFML 2006-FFA Trust certificates were issued pursuant to an agreement entitled a "Trust Agreement," rather than an agreement entitled a "Pooling and Servicing Agreement," an arrangement that the Phoenix Light Plaintiffs submit is akin to an indenture structure.  However, for the purposes of this action only, the Phoenix Light Plaintiffs are willing to stipulate that the Trust Indenture Act claims asserted with respect to the FFML 20006-FFA Trust certificates would be subject to dismissal under the Second Circuit's ruling in *Ret. Bd. of the Policemen's Annuity & Ben. Fund of the City of Chicago v. Bank of New York Mellon,* 775 F.3d 154 (2d Cir. 2014).

JONES DAY

Hon. Richard M. Berman
December 23, 2015
Page 2

Please let us know if you have any questions or need additional information.

Respectfully submitted,

/s/ Jayant W. Tambe

Jayant W. Tambe


Enclosure

cc:  All Counsel of Record (via ECF)