# Exhibit A

# EXHIBIT D

**Sidman Declaration Exhibit D**

**List of PSA Trusts**

Below is a list of all PSA Trusts at issue in the four Wells Fargo suits.

***BlackRock v. Wells Fargo***

| No. | Trust | | No. | Trust |
|-----|-------|---|-----|-------|
| 1. | AABST 2004-1 | | 34. | BOAA 2004-3 |
| 2. | AABST 2004-4 | | 35. | BOAA 2004-4 |
| 3. | ABFC 2004-OPT1 | | 36. | BOAA 2004-7 |
| 4. | ABFC 2004-OPT2 | | 37. | BOAA 2005-1 |
| 5. | ABFC 2004-OPT4 | | 38. | BOAA 2005-10 |
| 6. | ABFC 2004-OPT5 | | 39. | BOAA 2005-11 |
| 7. | ABFC 2005-HE2 | | 40. | BOAA 2005-12 |
| 8. | ABFC 2005-OPT1 | | 41. | BOAA 2005-4 |
| 9. | ABFC 2005-WMC1 | | 42. | BOAA 2005-5 |
| 10. | ABFC 2006-OPT1 | | 43. | BOAA 2005-6 |
| 11. | ABFC 2006-OPT2 | | 44. | BOAA 2005-7 |
| 12. | ABFC 2006-OPT3 | | 45. | BOAA 2005-8 |
| 13. | ABFC 2007-NC1 | | 46. | BOAA 2005-9 |
| 14. | ABSHE 2004-HE2 | | 47. | BOAA 2006-1 |
| 15. | ABSHE 2004-HE3 | | 48. | BOAA 2006-2 |
| 16. | ABSHE 2005-HE3 | | 49. | BOAA 2006-3 |
| 17. | ABSHE 2005-HE5 | | 50. | BOAA 2006-5 |
| 18. | ABSHE 2005-HE6 | | 51. | BOAA 2006-6 |
| 19. | ABSHE 2007-HE2 | | 52. | BOAA 2006-8 |
| 20. | BAFC 2004-3 | | 53. | BOAA 2006-9 |
| 21. | BAFC 2005-B | | 54. | BOAA 2007-1 |
| 22. | BAFC 2005-C | | 55. | BOAA 2007-2 |
| 23. | BAFC 2006-B | | 56. | BOAMS 2004-1 |
| 24. | BAFC 2006-C | | 57. | BOAMS 2004-10 |
| 25. | BAFC 2007-5 | | 58. | BOAMS 2004-11 |
| 26. | BAFC 2007-E | | 59. | BOAMS 2004-2 |
| 27. | BCAP 2006-AA1 | | 60. | BOAMS 2004-3 |
| 28. | BNCMT 2007-4 | | 61. | BOAMS 2004-4 |
| 29. | BOAA 2004-1 | | 62. | BOAMS 2004-5 |
| 30. | BOAA 2004-10 | | 63. | BOAMS 2004-7 |
| 31. | BOAA 2004-11 | | 64. | BOAMS 2004-9 |
| 32. | BOAA 2004-12 | | 65. | BOAMS 2004-A |
| 33. | BOAA 2004-2 | | 66. | BOAMS 2004-B |

| 67. | BOAMS 2004-C | 112. | CARR 2006-RFC1 |
|---|---|---|---|
| 68. | BOAMS 2004-D | 113. | CARR 2007-FRE1 |
| 69. | BOAMS 2004-E | 114. | CARR 2007-RFC1 |
| 70. | BOAMS 2004-H | 115. | CMLTI 2004-OPT1 |
| 71. | BOAMS 2004-I | 116. | FFML 2004-FF1 |
| 72. | BOAMS 2004-J | 117. | FFML 2004-FF11 |
| 73. | BOAMS 2004-K | 118. | FFML 2004-FF2 |
| 74. | BOAMS 2004-L | 119. | FFML 2004-FF4 |
| 75. | BOAMS 2005-1 | 120. | FFML 2004-FF5 |
| 76. | BOAMS 2005-10 | 121. | FFML 2004-FF6 |
| 77. | BOAMS 2005-11 | 122. | FFML 2004-FF7 |
| 78. | BOAMS 2005-5 | 123. | FFML 2004-FF8 |
| 79. | BOAMS 2005-6 | 124. | FFML 2004-FFH2 |
| 80. | BOAMS 2005-7 | 125. | FFML 2005-FF6 |
| 81. | BOAMS 2005-8 | 126. | FFML 2005-FFH1 |
| 82. | BOAMS 2005-9 | 127. | FFML 2006-FF15 |
| 83. | BOAMS 2005-A | 128. | FFML 2006-FF17 |
| 84. | BOAMS 2005-B | 129. | FFML 2006-FFA |
| 85. | BOAMS 2005-C | 130. | FFML 2006-FFH1 |
| 86. | BOAMS 2005-D | 131. | GSAMP 2004-FM1 |
| 87. | BOAMS 2005-E | 132. | GSAMP 2004-FM2 |
| 88. | BOAMS 2005-F | 133. | HVMLT 2006-10 |
| 89. | BOAMS 2005-G | 134. | HVMLT 2006-11 |
| 90. | BOAMS 2005-H | 135. | HVMLT 2007-1 |
| 91. | BOAMS 2005-I | 136. | HVMLT 2007-3 |
| 92. | BOAMS 2005-J | 137. | IMSA 2005-1 |
| 93. | BOAMS 2005-K | 138. | IMSA 2005-2 |
| 94. | BOAMS 2005-L | 139. | LABSM 2007-1 |
| 95. | BOAMS 2006-1 | 140. | LMT 2007-4 |
| 96. | BOAMS 2006-2 | 141. | LMT 2007-5 |
| 97. | BOAMS 2006-3 | 142. | MABS 2004-OPT1 |
| 98. | BOAMS 2006-A | 143. | MABS 2004-OPT2 |
| 99. | BOAMS 2006-B | 144. | MLCC 2004-1 |
| 100. | BOAMS 2007-1 | 145. | MLCC 2004-A |
| 101. | BOAMS 2007-2 | 146. | MLCC 2004-B |
| 102. | BOAMS 2007-3 | 147. | MLCC 2004-C |
| 103. | BSABS 2004-BO1 | 148. | MLCC 2004-D |
| 104. | CARR 2006-FRE1 | 149. | MLCC 2004-E |
| 105. | CARR 2006-FRE2 | 150. | MLCC 2004-F |
| 106. | CARR 2006-NC1 | 151. | MLCC 2004-G |
| 107. | CARR 2006-NC2 | 152. | MLCC 2004-HB1 |
| 108. | CARR 2006-NC3 | 153. | MLCC 2005-1 |
| 109. | CARR 2006-NC4 | 154. | MLCC 2005-A |
| 110. | CARR 2006-NC5 | 155. | MLCC 2005-B |
| 111. | CARR 2006-OPT1 | 156. | MLCC 2006-1 |

| 157. | MLMI 2004-HE1 |
|------|---------------|
| 158. | MLMI 2004-HE2 |
| 159. | MLMI 2004-OPT1 |
| 160. | MLMI 2004-WMC1 |
| 161. | MLMI 2004-WMC3 |
| 162. | MLMI 2004-WMC5 |
| 163. | MLMI 2005-FM1 |
| 164. | MLMI 2005-HE2 |
| 165. | MLMI 2005-WMC2 |
| 166. | MLMI 2006-F1 |
| 167. | MLMI 2006-HE1 |
| 168. | MLMI 2006-WMC1 |
| 169. | MSAC 2004-OP1 |
| 170. | MSAC 2005-HE4 |
| 171. | MSAC 2005-HE5 |
| 172. | MSAC 2005-WMC2 |
| 173. | MSAC 2005-WMC3 |
| 174. | MSAC 2005-WMC4 |
| 175. | MSAC 2005-WMC5 |
| 176. | MSAC 2005-WMC6 |
| 177. | MSAC 2006-HE1 |
| 178. | MSAC 2006-WMC1 |
| 179. | MSAC 2007-HE4 |
| 180. | NATCM 2008-1 |
| 181. | OOMLT 2004-1 |
| 182. | OOMLT 2004-2 |
| 183. | OOMLT 2004-3 |
| 184. | OOMLT 2005-1 |
| 185. | OOMLT 2005-2 |
| 186. | OOMLT 2005-3 |
| 187. | OOMLT 2005-4 |
| 188. | OOMLT 2005-5 |
| 189. | OOMLT 2006-1 |
| 190. | OOMLT 2006-3 |
| 191. | OOMLT 2007-1 |
| 192. | OOMLT 2007-2 |
| 193. | OOMLT 2007-3 |
| 194. | OOMLT 2007-4 |
| 195. | OOMLT 2007-5 |
| 196. | OOMLT 2007-6 |
| 197. | OOMLT 2007-CP1 |
| 198. | OOMLT 2007-FXD1 |
| 199. | OWNIT 2006-2 |
| 200. | PPSI 2004-MCW1 |
| 201. | PPSI 2004-MHQ1 |

| 202. | PPSI 2004-WCW1 |
|------|---------------|
| 203. | PPSI 2004-WCW2 |
| 204. | PPSI 2004-WHQ1 |
| 205. | PPSI 2004-WHQ2 |
| 206. | PPSI 2005-WCH1 |
| 207. | PPSI 2005-WCW1 |
| 208. | PPSI 2005-WCW2 |
| 209. | PPSI 2005-WCW3 |
| 210. | PPSI 2005-WHQ1 |
| 211. | PPSI 2005-WHQ2 |
| 212. | PPSI 2005-WHQ3 |
| 213. | PPSI 2005-WHQ4 |
| 214. | RAMC 2004-1 |
| 215. | RAMC 2004-2 |
| 216. | RAMC 2004-3 |
| 217. | SABR 2004-OP1 |
| 218. | SABR 2004-OP2 |
| 219. | SABR 2005-FR2 |
| 220. | SABR 2005-FR3 |
| 221. | SABR 2005-FR4 |
| 222. | SABR 2005-FR5 |
| 223. | SABR 2005-HE1 |
| 224. | SABR 2005-OP1 |
| 225. | SABR 2005-OP2 |
| 226. | SABR 2006-FR1 |
| 227. | SABR 2006-FR2 |
| 228. | SABR 2006-FR3 |
| 229. | SABR 2006-HE1 |
| 230. | SABR 2006-HE2 |
| 231. | SABR 2006-NC3 |
| 232. | SABR 2006-OP1 |
| 233. | SARM 2004-10 |
| 234. | SARM 2004-16 |
| 235. | SARM 2004-18 |
| 236. | SARM 2004-20 |
| 237. | SARM 2004-5 |
| 238. | SARM 2005-11 |
| 239. | SARM 2005-12 |
| 240. | SARM 2005-14 |
| 241. | SARM 2005-15 |
| 242. | SARM 2005-17 |
| 243. | SARM 2005-20 |
| 244. | SARM 2007-1 |
| 245. | SARM 2007-2 |
| 246. | SARM 2007-3 |

| 247. | SARM 2007-4 |
|------|-------------|
| 248. | SARM 2007-6 |
| 249. | SARM 2007-11 |
| 250. | SASCO 2005-NC2 |
| 251. | SASCO 2005-S7 |
| 252. | SASCO 2006-OPT1 |
| 253. | SASCO 2007-BC1 |
| 254. | SASCO 2007-MLN1 |

| 255. | SASCO 2007-OSI |
|------|----------------|
| 256. | SNMLT 2005-2A |
| 257. | SVHE 2007-OPT1 |
| 258. | SVHE 2007-OPT2 |
| 259. | SVHE 2007-OPT3 |
| 260. | SVHE 2007-OPT4 |
| 261. | SVHE 2007-OPT5 |

### *NCUA v. Wells Fargo*

| No. | Trust |
|-----|-------|
| 1. | ABFC 2006-OPT2 |
| 2. | BAFC 2006-E |
| 3. | BOAMS 2005-H |
| 4. | BOAMS 2005-I |
| 5. | BOAMS 2006-B |
| 6. | FFML 2006-FF15 |
| 7. | FFML 2006-FF17 |
| 8. | HVMLT 2006-10 |
| 9. | HVMLT 2006-11 |
| 10. | HVMLT 2006-12 |
| 11. | HVMLT 2007-1 |
| 12. | MLMI 2005-HE3 |
| 13. | MSAC 2007-HE4 |
| 14. | OOMLT 2007-2 |
| 15. | SABR 2006-FR3 |
| 16. | SABR 2006-HE2 |
| 17. | SVHE 2007-OPT1 |

### *Phoenix Light v. Wells Fargo*

| No. | Trust |
|-----|-------|
| 1. | BSMF 2006-AR3 |
| 2. | BSMF 2007-AR3 |
| 3. | BSMF 2007-AR5 |
| 4. | CARR 2006-NC3 |
| 5. | CARR 2007-FRE1 |
| 6. | FFML 2006-FFA |
| 7. | IMSA 2005-2 |
| 8. | OWNIT 2006-2 |
| 9. | PPSI 2005-WLL1 |
| 10. | SABR 2006-FR2 |
| 11. | SABR 2006-WM2 |

### *Royal Park v. Wells Fargo*

| No. | Trust |
|-----|-------|
| 1. | ABFC 2006-OPT1 |
| 2. | SASCO 2007-BC1 |

# EXHIBIT E

# Sidman Declaration Exhibit E

## List of Indenture Trusts

Below is a list of all Indenture Trusts at issue in the Wells Fargo suits.

### *BlackRock v. Wells Fargo*

| No. | Trust |
|-----|-------|
| 1. | AHMIT 2004-2 |
| 2. | BSSP 2007-EMX1 |
| 3. | FMIC 2007-1 |
| 4. | IMM 2004-11 |
| 5. | IMM 2004-6 |
| 6. | IMM 2005-2 |
| 7. | IMM 2005-3 |
| 8. | IMM 2005-6 |
| 9. | IRWHE 2005-A |
| 10. | IRWHE 2006-2 |
| 11. | MSHLC 2007-1 |
| 12. | RVMLT 2007-2A |

### *NCUA v. Wells Fargo*

| No. | Trust |
|-----|-------|
| 1. | IMM 2005-3 |

### *Phoenix Light v. Wells Fargo*

| No. | Trust |
|-----|-------|
| 1. | IMM 2005-6 |

**Frohlich Declaration Exhibit D**

**List of PSA Trusts**

**BlackRock v. Deutsche Bank National Trust Company:**

| Trust | Complaint Exhibit A, Line Number | Trust | Complaint Exhibit A, Line Number |
|---|---|---|---|
| ABFC 2004-HE1 | 2 | AMSI 2005-R7 | 62 |
| ABFC 2005-AQ1 | 3 | AMSI 2005-R8 | 63 |
| ABFC 2005-WF1 | 4 | AMSI 2005-R9 | 64 |
| AHMA 2005-1 | 23 | AMSI 2006-R1 | 65 |
| AHMA 2005-2 | 24 | AMSI 2006-R2 | 66 |
| AHMA 2006-1 | 25 | ARSI 2004-PW1 | 67 |
| AHMA 2006-2 | 26 | ARSI 2004-W1 | 68 |
| AHMA 2006-5 | 27 | ARSI 2004-W10 | 69 |
| AHMA 2006-6 | 28 | ARSI 2004-W11 | 70 |
| AHMA 2007-1 | 29 | ARSI 2004-W2 | 71 |
| AHMA 2007-2 | 30 | ARSI 2004-W3 | 72 |
| AHMA 2007-3 | 31 | ARSI 2004-W5 | 73 |
| AHMA 2007-4 | 32 | ARSI 2004-W6 | 74 |
| AHMA 2007-5 | 33 | ARSI 2004-W7 | 75 |
| ALBT 2007-OA1 | 34 | ARSI 2004-W8 | 76 |
| AMSI 2004-FR1 | 40 | ARSI 2005-W2 | 77 |
| AMSI 2004-IA1 | 41 | ARSI 2005-W3 | 78 |
| AMSI 2004-R1 | 42 | ARSI 2005-W5 | 79 |
| AMSI 2004-R10 | 43 | ARSI 2006-M1 | 80 |
| AMSI 2004-R11 | 44 | ARSI 2006-M2 | 81 |
| AMSI 2004-R12 | 45 | ARSI 2006-M3 | 82 |
| AMSI 2004-R2 | 46 | ARSI 2006-W1 | 83 |
| AMSI 2004-R3 | 47 | ARSI 2006-W2 | 84 |
| AMSI 2004-R4 | 48 | ARSI 2006-W3 | 85 |
| AMSI 2004-R5 | 49 | ARSI 2006-W4 | 86 |
| AMSI 2004-R6 | 50 | ARSI 2006-W5 | 87 |
| AMSI 2004-R7 | 51 | BCAP 2007-AA2 | 88 |
| AMSI 2004-R8 | 52 | BCAP 2007-AA3 | 89 |
| AMSI 2004-R9 | 53 | BMAT 2006-1A | 90 |
| AMSI 2005-R1 | 54 | CARR 2004-NC1 | 91 |
| AMSI 2005-R10 | 55 | CARR 2005-FRE1 | 92 |
| AMSI 2005-R11 | 56 | CARR 2005-NC3 | 93 |
| AMSI 2005-R2 | 57 | CARR 2005-NC5 | 94 |
| AMSI 2005-R3 | 58 | CARR 2005-OPT2 | 95 |
| AMSI 2005-R4 | 59 | CDCMC 2004-HE1 | 96 |
| AMSI 2005-R5 | 60 | CDCMC 2004-HE2 | 97 |
| AMSI 2005-R6 | 61 | CMLTI 2004-RES1 | 98 |

| Trust | Complaint Exhibit A, Line Number | Trust | Complaint Exhibit A, Line Number |
|---|---|---|---|
| DSLA 2004-AR2 | 99 | GSAA 2005-1 | 144 |
| DSLA 2004-AR3 | 100 | GSAA 2005-10 | 145 |
| DSLA 2005-AR1 | 101 | GSAA 2006-10 | 146 |
| DSLA 2005-AR2 | 102 | GSAA 2006-11 | 147 |
| DSLA 2005-AR3 | 103 | GSAA 2006-16 | 148 |
| DSLA 2005-AR4 | 104 | GSAA 2006-18 | 149 |
| DSLA 2005-AR5 | 105 | GSAA 2006-4 | 150 |
| DSLA 2005-AR6 | 106 | GSAA 2006-7 | 151 |
| DSLA 2006-AR1 | 107 | GSAA 2007-2 | 152 |
| DSLA 2006-AR2 | 108 | GSAA 2007-4 | 153 |
| DSLA 2007-AR1 | 109 | GSAA 2007-5 | 154 |
| EMLT 2004-1 | 111 | GSAA 2007-6 | 155 |
| EMLT 2004-2 | 112 | GSAMP 2004-AR1 | 156 |
| EMLT 2004-3 | 113 | GSAMP 2004-AR2 | 157 |
| EMLT 2005-1 | 114 | GSAMP 2004-HE2 | 158 |
| FBRSI 2005-5 | 115 | GSAMP 2004-NC1 | 159 |
| FFML 2004-FF3 | 116 | GSAMP 2004-NC2 | 160 |
| FFML 2004-FFH4 | 117 | GSAMP 2004-OPT | 161 |
| FFML 2005-FF11 | 118 | GSAMP 2004-WF | 162 |
| FFML 2005-FF2 | 119 | GSAMP 2005-HE1 | 163 |
| FFML 2005-FF4 | 120 | GSAMP 2005-HE2 | 164 |
| FFML 2005-FF8 | 121 | GSAMP 2005-HE3 | 165 |
| FFML 2005-FFH3 | 122 | GSAMP 2005-HE4 | 166 |
| FFML 2005-FFH4 | 123 | GSAMP 2005-HE5 | 167 |
| FFML 2006-FF11 | 124 | GSAMP 2005-SD1 | 168 |
| FFML 2006-FF13 | 125 | GSAMP 2005-SEA2 | 169 |
| FFML 2006-FF16 | 126 | GSAMP 2005-WMC1 | 170 |
| FFML 2006-FF4 | 127 | GSAMP 2005-WMC2 | 171 |
| FFML 2006-FF5 | 128 | GSAMP 2005-WMC2 | 171 |
| FFML 2006-FF8 | 129 | GSAMP 2005-WMC3 | 172 |
| FHLT 2004-1 | 130 | GSAMP 2006-FM1 | 173 |
| FHLT 2004-2 | 131 | GSAMP 2006-FM2 | 174 |
| FHLT 2004-4 | 132 | GSAMP 2006-FM3 | 175 |
| FHLT 2005-1 | 133 | GSAMP 2006-HE1 | 176 |
| FHLT 2006-1 | 134 | GSAMP 2006-NC2 | 177 |
| FHLT 2006-2 | 135 | GSAMP 2006-S3 | 178 |
| FHLT 2006-3 | 136 | GSAMP 2006-S6 | 179 |
| FINA 2004-2 | 137 | GSAMP 2006-SD2 | 180 |
| FINA 2004-3 | 138 | GSAMP 2006-SD3 | 181 |
| GPMF 2005-HY1 | 140 | GSAMP 2006-SEA1 | 182 |
| GPMF 2006-OH1 | 141 | GSAMP 2007-FM1 | 183 |
| GSAA 2004-10 | 142 | | |
| GSAA 2004-5 | 143 | | |

| Trust | Complaint Exhibit A, Line Number | Trust | Complaint Exhibit A, Line Number |
|---|---|---|---|
| GSAMP 2007-FM2 | 184 | HVMLT 2006-3 | 227 |
| GSAMP 2007-HS1 | 185 | HVMLT 2006-5 | 228 |
| GSR 2006-OA1 | 186 | HVMLT 2006-6 | 229 |
| GSR 2007-AR1 | 187 | HVMLT 2006-7 | 230 |
| GSR 2007-AR2 | 188 | HVMLT 2006-8 | 231 |
| GSR 2007-OA1 | 189 | HVMLT 2006-9 | 232 |
| GSRPM 2006-1 | 190 | HVMLT 2006-BU1 | 233 |
| GSRPM 2006-2 | 191 | HVMLT 2006-SB1 | 234 |
| HALO 2007-1 | 192 | HVMLT 2007-4 | 235 |
| HALO 2007-2 | 193 | HVMLT 2007-5 | 236 |
| HALO 2007-AR1 | 194 | HVMLT 2007-A | 237 |
| HALO 2007-AR2 | 195 | IMJA 2007-A1 | 238 |
| HALO 2007-WF1 | 196 | IMJA 2007-A3 | 239 |
| HASC 2005-I1 | 197 | IMSA 2004-3 | 251 |
| HASC 2005-NC1 | 198 | IMSA 2006-1 | 252 |
| HASC 2006-HE1 | 199 | IMSA 2006-2 | 253 |
| HASC 2006-HE2 | 200 | IMSA 2006-3 | 254 |
| HASC 2006-NC1 | 201 | IMSA 2006-4 | 255 |
| HASC 2006-OPT1 | 202 | IMSA 2006-5 | 256 |
| HASC 2006-OPT2 | 203 | IMSA 2007-1 | 257 |
| HASC 2006-OPT3 | 204 | IMSA 2007-2 | 258 |
| HASC 2006-OPT4 | 205 | IMSA 2007-3 | 259 |
| HASC 2007-OPT1 | 206 | IMSC 2007-AR1 | 260 |
| HVMLT 2004-1 | 207 | IMSC 2007-F2 | 261 |
| HVMLT 2004-10 | 208 | IMSC 2007-F3 | 262 |
| HVMLT 2004-11 | 209 | IMSC 2007-HOA1 | 263 |
| HVMLT 2004-4 | 210 | INABS 2005-A | 264 |
| HVMLT 2004-5 | 211 | INABS 2005-B | 265 |
| HVMLT 2004-6 | 212 | INABS 2005-C | 266 |
| HVMLT 2004-7 | 213 | INABS 2005-D | 267 |
| HVMLT 2004-8 | 214 | INABS 2006-A | 268 |
| HVMLT 2004-9 | 215 | INABS 2006-C | 269 |
| HVMLT 2005-11 | 216 | INABS 2006-D | 270 |
| HVMLT 2005-14 | 217 | INABS 2006-E | 271 |
| HVMLT 2005-15 | 218 | INABS 2007-A | 272 |
| HVMLT 2005-4 | 219 | INABS 2007-B | 273 |
| HVMLT 2005-5 | 220 | INDA 2005-AR1 | 275 |
| HVMLT 2005-6 | 221 | INDA 2005-AR2 | 276 |
| HVMLT 2005-7 | 222 | INDA 2006-AR1 | 277 |
| HVMLT 2005-9 | 223 | INDA 2006-AR2 | 278 |
| HVMLT 2006-13 | 224 | INDA 2006-AR3 | 279 |
| HVMLT 2006-14 | 225 | INDA 2007-AR1 | 280 |
| HVMLT 2006-2 | 226 | INDA 2007-AR2 | 281 |

| Trust | Complaint Exhibit A, Line Number | Trust | Complaint Exhibit A, Line Number |
|---|---|---|---|
| INDA 2007-AR3 | 282 | INDX 2006-AR11 | 325 |
| INDA 2007-AR4 | 283 | INDX 2006-AR12 | 326 |
| INDA 2007-AR5 | 284 | INDX 2006-AR13 | 327 |
| INDA 2007-AR7 | 285 | INDX 2006-AR14 | 328 |
| INDB 2005-1 | 286 | INDX 2006-AR15 | 329 |
| INDB 2006-1 | 287 | INDX 2006-AR19 | 330 |
| INDS 2006-2B | 288 | INDX 2006-AR2 | 331 |
| INDX 2004-AR1 | 289 | INDX 2006-AR25 | 332 |
| INDX 2004-AR10 | 290 | INDX 2006-AR27 | 333 |
| INDX 2004-AR11 | 291 | INDX 2006-AR29 | 334 |
| INDX 2004-AR12 | 292 | INDX 2006-AR3 | 335 |
| INDX 2004-AR13 | 293 | INDX 2006-AR31 | 336 |
| INDX 2004-AR14 | 294 | INDX 2006-AR33 | 337 |
| INDX 2004-AR15 | 295 | INDX 2006-AR4 | 338 |
| INDX 2004-AR2 | 296 | INDX 2006-AR41 | 339 |
| INDX 2004-AR4 | 297 | INDX 2006-AR5 | 340 |
| INDX 2004-AR5 | 298 | INDX 2006-AR6 | 341 |
| INDX 2004-AR6 | 299 | INDX 2006-AR7 | 342 |
| INDX 2004-AR7 | 300 | INDX 2006-AR8 | 343 |
| INDX 2004-AR8 | 301 | INDX 2006-AR9 | 344 |
| INDX 2005-16IP | 302 | INDX 2006-FLX1 | 345 |
| INDX 2005-AR1 | 303 | INDX 2007-AR1 | 346 |
| INDX 2005-AR10 | 304 | INDX 2007-AR11 | 347 |
| INDX 2005-AR11 | 305 | INDX 2007-AR13 | 348 |
| INDX 2005-AR12 | 306 | INDX 2007-AR15 | 349 |
| INDX 2005-AR13 | 307 | INDX 2007-AR5 | 350 |
| INDX 2005-AR14 | 308 | INDX 2007-AR7 | 351 |
| INDX 2005-AR15 | 309 | INDX 2007-FLX1 | 352 |
| INDX 2005-AR17 | 310 | INDX 2007-FLX2 | 353 |
| INDX 2005-AR18 | 311 | INDX 2007-FLX3 | 354 |
| INDX 2005-AR19 | 312 | INDYL 2005-L1 | 355 |
| INDX 2005-AR2 | 313 | INDYL 2005-L2 | 356 |
| INDX 2005-AR23 | 314 | INHEL 2004-A | 358 |
| INDX 2005-AR25 | 315 | INHEL 2004-B | 359 |
| INDX 2005-AR3 | 316 | INHEL 2004-C | 360 |
| INDX 2005-AR31 | 317 | IXIS 2004-HE4 | 361 |
| INDX 2005-AR35 | 318 | IXIS 2005-HE1 | 362 |
| INDX 2005-AR4 | 319 | IXIS 2005-HE3 | 363 |
| INDX 2005-AR5 | 320 | IXIS 2005-HE4 | 364 |
| INDX 2005-AR6 | 321 | IXIS 2006-HE1 | 365 |
| INDX 2005-AR7 | 322 | IXIS 2006-HE2 | 366 |
| INDX 2005-AR8 | 323 | IXIS 2006-HE3 | 367 |
| INDX 2005-AR9 | 324 | IXIS 2007-HE1 | 368 |

| Trust | Complaint Exhibit A, Line Number | Trust | Complaint Exhibit A, Line Number |
|---|---|---|---|
| MASD 2004-1 | 369 | MSAC 2006-HE5 | 418 |
| MASD 2005-3 | 370 | MSAC 2006-HE7 | 419 |
| MASD 2006-1 | 371 | MSAC 2006-HE8 | 420 |
| MASD 2006-2 | 372 | MSAC 2006-NC4 | 421 |
| MASD 2006-3 | 373 | MSAC 2006-NC5 | 422 |
| MASD 2007-1 | 374 | MSAC 2007-HE1 | 423 |
| MASD 2007-2 | 375 | MSAC 2007-HE2 | 424 |
| MHL 2005-AR1 | 382 | MSAC 2007-HE3 | 425 |
| MHL 2006-1 | 383 | MSAC 2007-HE5 | 426 |
| MLMI 2005-AR1 | 384 | MSAC 2007-HE7 | 427 |
| MLMI 2005-NC1 | 385 | MSAC 2007-NC2 | 428 |
| MLMI 2007-MLN1 | 386 | MSHEL 2005-1 | 429 |
| MMLT 2005-2 | 387 | MSHEL 2005-3 | 430 |
| MSAC 2004-HE1 | 388 | MSHEL 2005-4 | 431 |
| MSAC 2004-HE2 | 389 | MSHEL 2006-1 | 432 |
| MSAC 2004-HE3 | 390 | MSHEL 2006-2 | 433 |
| MSAC 2004-HE4 | 391 | MSHEL 2006-3 | 434 |
| MSAC 2004-HE5 | 392 | MSHEL 2007-1 | 435 |
| MSAC 2004-HE6 | 393 | MSHEL 2007-2 | 436 |
| MSAC 2004-HE7 | 394 | MSIX 2006-1 | 437 |
| MSAC 2004-HE8 | 395 | MSIX 2006-2 | 438 |
| MSAC 2004-HE9 | 396 | MSM 2004-10AR | 439 |
| MSAC 2004-NC1 | 397 | MSM 2004-11AR | 440 |
| MSAC 2004-NC3 | 398 | MSM 2004-3 | 441 |
| MSAC 2004-NC4 | 399 | MSM 2004-5AR | 442 |
| MSAC 2004-NC5 | 400 | MSM 2004-6AR | 443 |
| MSAC 2004-NC6 | 401 | MSM 2004-7AR | 444 |
| MSAC 2004-NC7 | 402 | MSM 2004-8AR | 445 |
| MSAC 2004-SD1 | 403 | MSM 2005-1 | 446 |
| MSAC 2004-SD3 | 404 | MSM 2005-10 | 447 |
| MSAC 2004-WMC1 | 405 | MSM 2005-11AR | 448 |
| MSAC 2004-WMC2 | 406 | MSM 2005-2AR | 449 |
| MSAC 2004-WMC3 | 407 | MSM 2005-3AR | 450 |
| MSAC 2005-HE1 | 408 | MSM 2005-4 | 451 |
| MSAC 2005-HE2 | 409 | MSM 2005-5AR | 452 |
| MSAC 2005-HE3 | 410 | MSM 2005-6AR | 453 |
| MSAC 2005-HE6 | 411 | MSM 2005-7 | 454 |
| MSAC 2005-HE7 | 412 | MSM 2005-9AR | 455 |
| MSAC 2005-NC1 | 413 | NCHET 2005-A | 465 |
| MSAC 2005-NC2 | 414 | NCHET 2005-B | 466 |
| MSAC 2005-WMC1 | 415 | NCHET 2005-D | 467 |
| MSAC 2006-HE2 | 416 | NHEL 2006-4 | 470 |
| MSAC 2006-HE4 | 417 | NHEL 2006-5 | 471 |

| Trust | Complaint Exhibit A, Line Number | Trust | Complaint Exhibit A, Line Number |
|---|---|---|---|
| NHEL 2006-6 | 472 | RAST 2007-A9 | 515 |
| NHEL 2007-1 | 473 | RBSGC 2007-A | 516 |
| NHEL 2007-2 | 474 | SABR 2004-NC1 | 517 |
| PFMLT 2004-1 | 475 | SABR 2004-NC3 | 518 |
| PFMLT 2005-1 | 476 | SABR 2006-FR4 | 519 |
| PFMLT 2005-2 | 477 | SABR 2007-BR4 | 520 |
| POPLR 2007-A | 478 | SABR 2007-HE1 | 521 |
| QUEST 2004-X2 | 479 | SABR 2007-NC1 | 522 |
| QUEST 2006-X1 | 480 | SABR 2007-NC2 | 523 |
| QUEST 2006-X2 | 481 | SAIL 2004-1 | 524 |
| RAST 2004-A1 | 482 | SAST 2006-2 | 530 |
| RAST 2004-A3 | 483 | SAST 2007-2 | 532 |
| RAST 2004-A6 | 484 | SAST 2007-3 | 533 |
| RAST 2004-IP2 | 485 | SAST 2007-4 | 534 |
| RAST 2005-A10 | 486 | STARM 2007-1 | 535 |
| RAST 2005-A11 | 487 | STARM 2007-4 | 536 |
| RAST 2005-A13 | 488 | SVHE 2004-WMC1 | 537 |
| RAST 2005-A14 | 489 | SVHE 2005-3 | 538 |
| RAST 2005-A15 | 490 | SVHE 2005-4 | 539 |
| RAST 2005-A2 | 491 | SVHE 2005-DO1 | 540 |
| RAST 2005-A3 | 492 | SVHE 2005-OPT1 | 541 |
| RAST 2005-A5 | 493 | SVHE 2005-OPT2 | 542 |
| RAST 2005-A6CB | 494 | SVHE 2005-OPT3 | 543 |
| RAST 2005-A7 | 495 | SVHE 2005-OPT4 | 544 |
| RAST 2005-A8CB | 496 | SVHE 2006-1 | 545 |
| RAST 2005-A9 | 497 | SVHE 2006-3 | 546 |
| RAST 2006-A10 | 498 | SVHE 2006-EQ1 | 547 |
| RAST 2006-A11 | 499 | SVHE 2006-EQ2 | 548 |
| RAST 2006-A14C | 500 | SVHE 2006-NLC1 | 549 |
| RAST 2006-A15 | 501 | SVHE 2006-OPT1 | 550 |
| RAST 2006-A16 | 502 | SVHE 2006-OPT2 | 551 |
| RAST 2006-A4 | 503 | SVHE 2006-OPT3 | 552 |
| RAST 2006-A5CB | 504 | SVHE 2006-OPT4 | 553 |
| RAST 2006-A6 | 505 | SVHE 2006-OPT5 | 554 |
| RAST 2006-A7CB | 506 | SVHE 2006-WF2 | 555 |
| RAST 2006-A8 | 507 | SVHE 2007-NS1 | 556 |
| RAST 2006-A9CB | 508 | SVHE 2007-WMC1 | 557 |
| RAST 2007-A1 | 509 | SVHE 2008-1 | 558 |
| RAST 2007-A2 | 510 | TMST 2004-1 | 559 |
| RAST 2007-A3 | 511 | TMST 2004-3 | 560 |
| RAST 2007-A5 | 512 | TMST 2004-4 | 561 |
| RAST 2007-A7 | 513 | TMST 2005-1 | 562 |
| RAST 2007-A8 | 514 | TMTS 2006-9HGA | 564 |

## Frohlich Declaration Exhibit E

### List of Indenture Trusts

**BlackRock v. Deutsche Bank National Trust Company:**

| Trust | Complaint Exhibit A, Line Number | Trust | Complaint Exhibit A, Line Number |
|---|---|---|---|
| AABST 2006-1 | 1 | IMM 2007-A | 250 |
| ACCR 2004-1 | 5 | INABS 2007-H1 | 274 |
| ACCR 2004-3 | 6 | INHEL 2004-2 | 357 |
| ACCR 2004-4 | 7 | MHL 2004-1 | 376 |
| ACCR 2005-1 | 8 | MHL 2004-2 | 377 |
| ACCR 2005-2 | 9 | MHL 2005-1 | 378 |
| ACCR 2005-4 | 10 | MHL 2005-2 | 379 |
| ACCR 2006-1 | 11 | MHL 2005-4 | 380 |
| ACCR 2006-2 | 12 | MHL 2005-5 | 381 |
| ACCR 2007-1 | 13 | NCAMT 2006-ALT1 | 456 |
| ACE 2006-GP1 | 14 | NCHET 2004-1 | 457 |
| AHM 2005-1 | 15 | NCHET 2004-2 | 458 |
| AHM 2005-2 | 16 | NCHET 2004-3 | 459 |
| AHM 2005-3 | 17 | NCHET 2004-4 | 460 |
| AHM 2006-1 | 18 | NCHET 2005-1 | 461 |
| AHM 2006-2 | 19 | NCHET 2005-2 | 462 |
| AHM 2006-3 | 20 | NCHET 2005-3 | 463 |
| AHM 2007-1 | 21 | NCHET 2005-4 | 464 |
| AHM 2007-A | 22 | NCHET 2006-1 | 468 |
| AMIT 2004-1 | 35 | NCHET 2006-2 | 469 |
| AMIT 2005-1 | 36 | SAST 2004-1 | 525 |
| AMIT 2005-2 | 37 | SAST 2004-2 | 526 |
| AMIT 2005-4 | 38 | SAST 2004-3 | 527 |
| AMIT 2006-1 | 39 | SAST 2005-1 | 528 |
| ECR 2005-3 | 110 | SAST 2005-3 | 529 |
| FBRSI 2005-5 | 115 | SAST 2006-3 | 531 |
| GMSL 2005-A | 139 | TMTS 2006-8 | 563 |
| IMM 2004-10 | 240 | | |
| IMM 2004-4 | 241 | | |
| IMM 2004-5 | 242 | | |
| IMM 2004-7 | 243 | | |
| IMM 2004-8 | 244 | | |
| IMM 2005-1 | 245 | | |
| IMM 2005-4 | 246 | | |
| IMM 2005-5 | 247 | | |
| IMM 2005-7 | 248 | | |
| IMM 2005-8 | 249 | | |