# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

TIMOTHY A. DeLANGE
timothyd@blbglaw.com
(858) 720-3186

February 4, 2015

**VIA ECF & HAND DELIVERY**

Honorable Richard M. Berman
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street, Courtroom 17B
New York, NY  10007-1312

    Re:   *BlackRock Balanced Capital Portfolio (FI), et al. v. Deutsche Bank Nat'l Trust Co., et al.*, No. 14-cv-9367

Dear Judge Berman:

On behalf of the Plaintiffs in the above-referenced action, we write to respectfully request a two-week extension to the February 9, 2016 deadline to file an amended complaint, until February 23, 2016.  The reason for the requested extension is to permit Plaintiffs sufficient time to comply with the Court's Memo Endorsement of today granting the DB Trustees' request that separate complaints be filed.  No prior request for an extension has been requested.

Counsel for Plaintiffs have met and conferred with counsel for the DB Trustees and they do not oppose the requested extension.

                                              Respectfully submitted,

                                              Timothy A. DeLange

cc: All Counsel of Record (via ECF)