October 24, 2016

**BY ECF**

The Honorable Jesse M. Furman
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *BlackRock Balanced Capital Portfolio (FI), et al. v. Deutsche Bank Nat'l Trust Co., et al.*,
No. 14-cv-9367-JMF-SN (S.D.N.Y.)

Dear Judge Furman:

On behalf of the parties in the above-referenced action, we write jointly in response to the Court's October 19, 2016 revised scheduling order regarding the pre-trial conference currently scheduled for November 3, 2016.

The parties have met and conferred and are in agreement that, in light of the extension of the discovery deadline, the pre-trial conference with Your Honor is not necessary at this time. While discovery is ongoing, the parties may need assistance resolving discovery issues, but will seek a conference with Magistrate Judge Netburn if that need arises.

                              Respectfully Submitted,

| /s/ *Timothy A. DeLange* | /s/ *Rollin B. Chippey, II* |
|---|---|
| Timothy A. DeLange | Rollin B. Chippey, II |
| Bernstein Litowitz Berger & Grossman LLP | Morgan, Lewis & Bockius LLP |
| *Counsel for Plaintiffs BlackRock Balanced Capital Portfolio (FI), et al.* | *Counsel for Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas* |