UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2017

BLACKROCK BALANCED CAPITAL
PORTFOLIO (FI), et al.,

                  **Plaintiffs,**   14-CV-09367 (JMF)(SN)

      -against-   **ORDER**

DEUTSCHE BANK NATIONAL TRUST
CO., et al.,

                  **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On September 15, 2017, the Court directed the parties to meet-and-confer to set a completion date for Defendant Deutsche Bank's Federal Rule of Civil Procedure 30(b)(6) depositions of Plaintiffs by September 25, 2017. The Court extended this deadline three times at the parties' request. On October 24, 2017, the parties jointly filed a letter that provided each side's position regarding the proposed completion date for Deutsche Bank's 30(b)(6) depositions of Plaintiffs. Plaintiffs propose a completion date of December 22, 2017; the defendant proposes January 31, 2018.

    The parties shall schedule the 30(b)(6) depositions to be completed on or before January 15, 2018. Unless otherwise agreed to by the parties, the plaintiffs are further directed to complete their remaining document production and produce all remaining valuation materials to the defendant by November 13, 2017. By that same date, the parties are to exchange their privilege logs. To the extent that the parties have disputes regarding these items, they are directed to meet-

and-confer and submit letter motions by November 21, 2017. Responses to these letter motions shall be filed on November 28, 2017. Each letter may not exceed five pages.

    The Court is currently evaluating the parties' motions to compel. To the extent the plaintiffs have agreed to supplement their interrogatories and responses to the requests for admission, they must do so by November 13, 2017. Following a meet-and-confer to address any disputes, the defendants may submit a letter motion to compel by November 21, 2017. Responses to these letter motions shall be filed on November 28, 2017. Each letter may not exceed five pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 31, 2017
               New York, New York