USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**---------------------------------------------------------------X**

**BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), et al.,**

**Plaintiffs,**

**-against-**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**14-CV-09367 (JMF)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Deutsche Bank moves to compel supplemental responses to 13 interrogatories. It identifies at least one, but more often multiple, purported deficiencies with each interrogatory response. To facilitate the Court's review of these interrogatories, Deutsche Bank is ORDERED to produce a chart with the following information:

- the text of the relevant Deutsche Bank Interrogatory and BlackRock's response;
- the text of any materially similar Interrogatory propounded in the related actions against Wells Fargo or HSBC (hereinafter "Wells Fargo/HSBC") that was previously the subject of a court ruling;
- the Court's prior ruling on the previously disputed Wells Fargo/HSBC Interrogatory, with record citation; and
- whether Deutche Bank is arguing that BlackRock failed to comply with the Court's ruling in Wells Fargo/HSBC, or whether Deutsche Bank is arguing that the Court should issue a different ruling. If the latter, state the basis for such distinction.

Deutsche Bank is ORDERED to produce this chart by Wednesday, January 3, 2018.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: December 27, 2017
New York, New York