# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

## ATTORNEYS AT LAW

### NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

TIMOTHY A. DELANGE
timothyd@blbglaw.com
(858) 720-3186

January 26, 2018

**VIA ECF**

The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

> Re:     *BlackRock Balanced Capital Portfolio (FI), et al. v. Deutsche Bank*
> *Nat'l Trust Co., et al.,* Case No. 14-cv-09367-JMF (S.D.N.Y.)

Dear Judge Furman:

We write on behalf of Plaintiffs in the above-referenced action to inform the Court of the attached decision in *Deutsche Bank National Trust Co. v. Morgan Stanley Mortgage Capital Holdings LLC*, No. 1:14-cv-03020-KBF (S.D.N.Y. Jan. 25, 2018), ECF No. 145. *See* Exhibit 1. This decision is relevant to Plaintiffs' pending motion for the use of sampling evidence. *See* ECF No. 393.

Respectfully submitted,

Timothy A. DeLange

cc:     All Counsel of Record (via ECF)

