# **EXHIBIT 1**

# Exhibit 1

## The Deutsche Bank Trusts And Representative Plaintiffs

|   | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|---|---|---|---|
| 1 | AABST 2006-1 | Aegis Asset Backed Securities Trust 2006-1 | DZ Bank AG |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| 2 | ACCR 2004-1 | Accredited Mortgage Loan Trust 2004-1 | PIMCO - PIMCO Funds: PIMCO Income Fund |
| 3 | ACCR 2004-3 | Accredited Mortgage Loan Trust 2004-3 | Prudential - The Prudential Investment Portfolios 9 |
| 4 | ACCR 2004-4 | Accredited Mortgage Loan Trust 2004-4 | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|   |   |   | Prudential - The Prudential Investment Portfolios 2 |
|   |   |   | Prudential - The Prudential Investment Portfolios, Inc. 17 |
| 5 | ACCR 2005-1 | Accredited Mortgage Loan Trust 2005-1 | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Japan CorePLUS Segregated Portfolio |
|   |   |   | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Japan Low Duration Segregated Portfolio |
|   |   |   | PIMCO - PIMCO Cayman Trust: PIMCO Cayman U.S. Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Low Duration Fund II |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio |
| 6 | ACCR 2005-2 | Accredited Mortgage Loan Trust 2005-2 | PIMCO - PIMCO Bermuda Trust II: PIMCO Bermuda Income Fund (M) |
|   |   |   | PIMCO - PIMCO Dynamic Credit and Mortgage Income Fund |
| 7 | ACCR 2005-4 | Accredited Mortgage Loan Trust 2005-4 | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| 8 | ACCR 2006-1 | Accredited Mortgage Loan Trust 2006-1 | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Total Return Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |

|    | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|----|------------------------|----------------------------|-----------------------------------|
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
|    |                        |                            | PIMCO - PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund |
|    |                        |                            | PIMCO - PIMCO Variable Insurance Trust: PIMCO Global Advantage Strategy Bond Portfolio |
| 9  | ACCR 2006-2            | Accredited Mortgage Loan Trust 2006-2 | PIMCO - Fixed Income SHares: Series M |
|    |                        |                            | PIMCO - PIMCO Absolute Return Strategy IV Master Fund LDC |
|    |                        |                            | PIMCO - PIMCO Variable Insurance Trust: PIMCO Total Return Portfolio |
| 10 | ACCR 2007-1            | Accredited Mortgage Loan Trust 2007-1 | PIMCO - Fixed Income SHares: Series M |
|    |                        |                            | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Unconstrained Bond Segregated Portfolio |
|    |                        |                            | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
|    |                        |                            | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|    |                        |                            | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Mortgage Opportunities Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO StocksPLUS® AR Short Strategy Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|    |                        |                            | PIMCO - PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio |
|    |                        |                            | PIMCO - PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund |
|    |                        |                            | PIMCO - PIMCO Variable Insurance Trust: PIMCO Global Advantage Strategy Bond Portfolio |
|    |                        |                            | PIMCO - PIMCO Variable Insurance Trust: PIMCO Total Return Portfolio |
| 11 | AHM 2005-1             | American Home Mortgage Investment Trust 2005-1 | PIMCO - PIMCO Absolute Return Strategy III Master Fund LDC |
|    |                        |                            | PIMCO - PIMCO Absolute Return Strategy IV IDF LLC |

| | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|---|---|---|---|
| | | | PIMCO - PIMCO Absolute Return Strategy V Master Fund LDC |
| | | | PIMCO - PIMCO Combined Alpha Strategies Master Fund LDC |
| | | | PIMCO - PIMCO Funds: PIMCO Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Mortgage Opportunities Fund |
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio |
| | | | PIMCO - PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund |
| | | | PIMCO - PIMCO Offshore Funds: PIMCO Offshore Funds - PIMCO Absolute Return Strategy V Alpha Fund |
| 12 | AHM 2005-2 | American Home Mortgage Investment Trust 2005-2 | PIMCO - PIMCO Absolute Return Strategy IV Master Fund LDC |
| | | | PIMCO - PIMCO Dynamic Income Fund |
| | | | PIMCO - PIMCO ETF Trust: PIMCO Total Return Active Exchange-Traded Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Emerging Local Bond Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Euro Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Commodity Real Return Strategy Fund® |
| | | | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged) |
| | | | PIMCO - PIMCO Funds: PIMCO International StocksPLUS® AR Strategy Fund (U.S. Dollar-Hedged) |
| | | | PIMCO - PIMCO Funds: PIMCO Real Return Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Short-Term Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio |
| | | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Emerging Markets Bond Portfolio |
| | | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (U.S. Dollar Hedged) |

|    | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|----|---|---|---|
|    |             |             | PIMCO - PIMCO Variable Insurance Trust: PIMCO Real Return Portfolio |
|    |             |             | Prudential - The Prudential Series Fund |
| 13 | AHM 2006-1  | American Home Mortgage Investment Trust 2006-1 | Aegon - Firebird Re Corp. |
|    |             |             | Aegon - Transamerica Life Insurance Company |
|    |             |             | Aegon - Transamerica Premier Life Insurance Company |
|    |             |             | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO Diversified Income Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO Emerging Markets Currency Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO Mortgage Opportunities Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| 14 | AHM 2006-2  | American Home Mortgage Investment Trust 2006-2 | PIMCO - LVS I LLC |
|    |             |             | PIMCO - LVS II LLC |
| 15 | AHM 2006-3  | American Home Mortgage Investment Trust 2006-3 | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
| 16 | AHM 2007-1  | American Home Mortgage Investment Trust 2007-1 | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO Income Fund |
| 17 | AHM 2007-A  | American Home Mortgage Investment Trust 2007-A | PIMCO - PIMCO Dynamic Credit and Mortgage Income Fund |
| 18 | AMIT 2004-1 | Aames Mortgage Investment Trust 2004-1 | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO International StocksPLUS® AR Strategy Fund (U.S. Dollar-Hedged) |
| 19 | AMIT 2005-1 | Aames Mortgage Investment Trust 2005-1 | PIMCO - Fixed Income SHares: Series M |
|    |             |             | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Duration Hedged Fund |
|    |             |             | PIMCO - PIMCO Funds: Global Investors Series plc, US Fundamental Index® StocksPLUS® Fund |
|    |             |             | PIMCO - PIMCO Funds: PIMCO Income Fund |

|    | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|----|---|---|---|
|    |   |   | PIMCO - PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund |
| 20 | AMIT 2005-2 | Aames Mortgage Investment Trust 2005-2 | PIMCO - PIMCO Dynamic Credit and Mortgage Income Fund |
|    |   |   | Prudential - The Prudential Investment Portfolios, Inc. 17 |
| 21 | AMIT 2005-4 | Aames Mortgage Investment Trust 2005-4 | PIMCO - Fixed Income SHares: Series M |
|    |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Duration Hedged Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| 22 | ECR 2005-3 | Encore Credit Receivables Trust 2005-3 | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Japan Low Duration Segregated Portfolio |
|    |   |   | Prudential - The Prudential Investment Portfolios, Inc. 17 |
| 23 | FBRSI 2005-5 | FBR Securitization Trust 2005-5 | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Real Estate Real Return Strategy Fund |
|    |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio |
|    |   |   | Prudential - The Prudential Insurance Company of America |
| 24 | GMSL 2005-A | Global Mortgage Securitization Ltd. 2005-A | PIMCO - PIMCO Funds: PIMCO Mortgage Opportunities Fund |
| 25 | IMM 2004-10 | Impac CMB Trust Series 2004-10 | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
|    |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|    |   |   | PIMCO - PIMCO Global Credit Opportunity Master Fund LDC |
| 26 | IMM 2004-4 | Impac CMB Trust Series 2004-4 | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|    |   |   | PIMCO - PIMCO Variable Insurance Trust: PIMCO Long Term U.S. Government Portfolio |
| 27 | IMM 2004-5 | Impac CMB Trust Series 2004-5 | DZ Bank AG |
|    |   |   | Prudential - Prudential Retirement Insurance and Annuity Company |
| 28 | IMM 2004-7 | Impac CMB Trust Series 2004-7 | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |

|    | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|----|------------------------|----------------------------|----------------------------------|
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund |
| 29 | IMM 2004-8             | Impac CMB Trust Series 2004-8 | PIMCO - PIMCO Dynamic Income Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Global Bond Fund (U.S. Dollar-Hedged) |
|    |                        |                            | PIMCO - PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (Unhedged) |
| 30 | IMM 2005-1             | Impac CMB Trust Series 2005-1 | DZ Bank AG |
| 31 | IMM 2005-4             | Impac CMB Trust Series 2005-4 | DZ Bank AG |
| 32 | IMM 2005-5             | Impac CMB Trust Series 2005-5 | DZ Bank AG |
|    |                        |                            | PIMCO - PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio |
| 33 | IMM 2005-7             | Impac CMB Trust Series 2005-7 | BlackRock - BlackRock Master Total Return Portfolio of Master Bond LLC |
|    |                        |                            | BlackRock - BlackRock Strategic Income Opportunities Portfolio |
|    |                        |                            | PIMCO - PIMCO Income Opportunity Fund |
| 34 | IMM 2005-8             | Impac CMB Trust Series 2005-8 | PIMCO - PIMCO Funds: PIMCO Low Duration Fund II |
| 35 | IMM 2007-A             | Impac CMB Trust Series 2007-A | Aegon - Transamerica Life Insurance Company |
|    |                        |                            | Aegon - Transamerica Premier Life Insurance Company |
|    |                        |                            | DZ Bank AG |
| 36 | MHL 2004-1             | MortgageIT Trust 2004-1    | BlackRock - BlackRock Core Bond Portfolio |
|    |                        |                            | BlackRock - BlackRock Low Duration Bond Portfolio |
| 37 | MHL 2004-2             | MortgageIT Trust 2004-2    | PIMCO - PIMCO Funds: PIMCO Short-Term Fund |
|    |                        |                            | Prudential - The Prudential Insurance Company of America |
| 38 | MHL 2005-1             | MortgageIT Trust 2005-1    | PIMCO - PIMCO Funds: Global Investors Series plc, High Yield Bond Fund |
|    |                        |                            | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|    |                        |                            | Prudential - The Prudential Insurance Company of America |

|    | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|----|------------------------|-----------------------------|----------------------------------|
| 39 | MHL 2005-2 | MortgageIT Trust 2005-2 | Prudential - The Prudential Insurance Company of America |
| 40 | MHL 2005-4 | MortgageIT Trust 2005-4 | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|    |            |                          | PIMCO - PIMCO Funds: PIMCO Fundamental Advantage Absolute Return Strategy Fund |
|    |            |                          | PIMCO - PIMCO Funds: PIMCO Moderate Duration Fund |
| 41 | NCAMT 2006-ALT1 | New Century Alternative Mortgage Loan Trust 2006-ALT1 | PIMCO - PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund |
| 42 | NCHET 2004-1 | New Century Home Equity Loan Trust 2004-1 | PIMCO - PIMCO Funds: Global Investors Series plc, Strategic Income Fund |
|    |            |                          | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|    |            |                          | Prudential - The Prudential Investment Portfolios 2 |
|    |            |                          | Prudential - The Prudential Investment Portfolios, Inc. 17 |
| 43 | NCHET 2004-2 | New Century Home Equity Loan Trust 2004-2 | DZ Bank AG |
|    |            |                          | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |            |                          | PIMCO - PIMCO Funds: PIMCO Long Duration Total Return Fund |
| 44 | NCHET 2004-3 | New Century Home Equity Loan Trust 2004-3 | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Unconstrained Bond Segregated Portfolio |
|    |            |                          | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
|    |            |                          | Prudential - Prudential Trust Company |
|    |            |                          | Prudential - The Prudential Insurance Company of America |
|    |            |                          | Prudential - The Prudential Investment Portfolios 2 |
| 45 | NCHET 2004-4 | New Century Home Equity Loan Trust 2004-4 | Prudential - Prudential Trust Company |
|    |            |                          | Prudential - The Prudential Insurance Company of America |
|    |            |                          | Prudential - The Prudential Investment Portfolios 2 |
|    |            |                          | Prudential - The Prudential Investment Portfolios, Inc. 17 |
|    |            |                          | Prudential - The Prudential Series Fund |
| 46 | NCHET 2005-1 | New Century Home Equity Loan Trust 2005-1 | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
|    |            |                          | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
|    |            |                          | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |

| | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|---|---|---|---|
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Strategic Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| 47 | NCHET 2005-2 | New Century Home Equity Loan Trust 2005-2 | PIMCO - Fixed Income SHares: Series M |
| | | | PIMCO - PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund |
| 48 | NCHET 2005-3 | New Century Home Equity Loan Trust 2005-3 | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Total Return Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Floating Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Income Fund |
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio |
| | | | PIMCO - PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund |
| | | | Prudential - The Prudential Investment Portfolios 9 |
| 49 | NCHET 2005-4 | New Century Home Equity Loan Trust 2005-4 | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Total Return Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| 50 | NCHET 2006-1 | New Century Home Equity Loan Trust 2006-1 | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Total Return Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Emerging Markets Currency Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Short-Term Fund |

|   | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|---|---|---|---|
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series U.S. Government Sector Portfolio |
| 51 | NCHET 2006-2 | New Century Home Equity Loan Trust 2006-2 | DZ Bank AG |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Low Volatility RAFI®-PLUS AR Fund |
| 52 | SAST 2004-1 | Saxon Asset Securities Trust 2004-1 | DZ Bank AG |
|   |   |   | PIMCO - PIMCO Bermuda Trust II: PIMCO Bermuda Income Fund (M) |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Inflation Response Multi-Asset Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Long-Term Credit Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Real Estate Real Return Strategy Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Asset-Backed Securities Portfolio |
|   |   |   | Prudential - Prudential Trust Company |
| 53 | SAST 2004-2 | Saxon Asset Securities Trust 2004-2 | Prudential - The Prudential Insurance Company of America |
|   |   |   | Prudential - The Prudential Investment Portfolios 2 |
| 54 | SAST 2004-3 | Saxon Asset Securities Trust 2004-3 | PIMCO - PIMCO Funds: Global Investors Series plc, PIMCO Credit Absolute Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Credit Absolute Return Fund |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio |
|   |   |   | PIMCO - PIMCO Income Opportunity Fund |
|   |   |   | Prudential - The Prudential Insurance Company of America |
| 55 | SAST 2005-1 | Saxon Asset Securities Trust 2005-1 | PIMCO - Fixed Income SHares (Series R) |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Real Return Fund |
|   |   |   | PIMCO - PIMCO Global Credit Opportunity Master Fund LDC |

|    | Abbreviated Trust Name | Full Name of Issuing Trust | Combined Entity & Plaintiff Fund |
|----|------------------------|----------------------------|----------------------------------|
|    |                        |                            | PIMCO - PIMCO Tactical Opportunities Master Fund Ltd. |
| 56 | SAST 2005-3            | Saxon Asset Securities Trust 2005-3 | Prudential - Prudential Trust Company |
|    |                        |                            | Prudential - The Prudential Investment Portfolios 9 |
|    |                        |                            | Prudential - The Prudential Investment Portfolios, Inc. 17 |
| 57 | SAST 2006-3            | Saxon Asset Securities Trust 2006-3 | DZ Bank AG |
|    |                        |                            | PIMCO - PIMCO Absolute Return Strategy 3D Offshore Fund Ltd. |
|    |                        |                            | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
|    |                        |                            | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| 58 | TMTS 2006-8            | Terwin Mortgage Trust 2006-8 | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |