# **EXHIBIT 2**

## Exhibit 2

### Collateral Performance Of The Deutsche Bank Trusts

|    | Abbr. Trust Name | Original Face Amount | Current Amount | Collateral Loss |
|----|------------------|---------------------:|---------------:|----------------:|
| 1  | AABST 2006-1 | 528,062,000 | 230,278,367 | ($197,355,810) |
| 2  | ACCR 2004-1 | 505,000,000 | 17,028,680 | ($12,480,952) |
| 3  | ACCR 2004-3 | 994,821,000 | 65,134,327 | ($36,328,758) |
| 4  | ACCR 2004-4 | 1,025,185,000 | 61,634,300 | ($52,048,914) |
| 5  | ACCR 2005-1 | 903,460,000 | 55,974,031 | ($58,976,228) |
| 6  | ACCR 2005-2 | 1,007,808,000 | 94,324,545 | ($96,964,834) |
| 7  | ACCR 2005-4 | 1,186,150,000 | 240,141,744 | ($229,417,968) |
| 8  | ACCR 2006-1 | 997,727,000 | 237,304,845 | ($213,000,904) |
| 9  | ACCR 2006-2 | 1,397,200,000 | 382,995,080 | ($333,170,616) |
| 10 | ACCR 2007-1 | 755,523,000 | 221,673,050 | ($207,972,658) |
| 11 | AHM 2005-1 | 4,010,525,000 | 307,096,895 | ($325,344,656) |
| 12 | AHM 2005-2 | 5,778,151,000 | 600,143,219 | ($636,085,599) |
| 13 | AHM 2006-1 | 1,964,063,000 | 310,760,078 | ($402,326,049) |
| 14 | AHM 2006-2 | 964,898,000 | 214,196,321 | ($300,224,490) |
| 15 | AHM 2006-3 | 1,731,358,000 | 300,117,131 | ($512,067,646) |
| 16 | AHM 2007-1 | 1,901,018,000 | 1,312,834,964 | ($800,799,705) |
| 17 | AHM 2007-A | 447,914,667 | 110,211,219 | ($162,456,400) |
| 18 | AMIT 2004-1 | 1,177,206,000 | 82,359,918 | ($83,974,356) |
| 19 | AMIT 2005-1 | 1,182,000,000 | 101,020,438 | ($103,218,799) |
| 20 | AMIT 2005-2 | 1,144,437,000 | 123,857,082 | ($148,562,613) |
| 21 | AMIT 2005-4 | 1,176,654,000 | 218,624,869 | ($216,459,465) |
| 22 | ECR 2005-3 | 1,034,450,000 | 82,763,278 | ($113,369,579) |
| 23 | FBRSI 2005-5 | 783,273,000 | 180,483,201 | ($187,111,599) |
| 24 | GMSL 2005-A | 3,863,864,690 | 122,226,853 | ($15,555,850) |
| 25 | IMM 2004-10 | 2,111,091,000 | 106,564,095 | ($93,458,295) |
| 26 | IMM 2004-4 | 1,244,270,000 | 42,896,643 | ($24,994,427) |
| 27 | IMM 2004-5 | 1,423,081,000 | 39,565,418 | ($21,342,034) |
| 28 | IMM 2004-7 | 2,200,000,000 | 68,236,653 | ($51,780,435) |
| 29 | IMM 2004-8 | 1,600,270,000 | 47,894,878 | ($48,533,894) |
| 30 | IMM 2005-1 | 1,250,000,000 | 87,326,324 | ($63,840,335) |
| 31 | IMM 2005-4 | 1,922,316,000 | 132,464,157 | ($118,462,036) |
| 32 | IMM 2005-5 | 1,647,348,000 | 142,321,975 | ($134,308,346) |
| 33 | IMM 2005-7 | 1,750,621,000 | 234,134,165 | ($308,817,731) |
| 34 | IMM 2005-8 | 803,896,000 | 120,959,388 | ($112,219,482) |
| 35 | IMM 2007-A | 697,400,000 | 135,243,001 | ($55,088,269) |
| 36 | MHL 2004-1 | 808,389,308 | 53,578,047 | ($23,364,727) |
| 37 | MHL 2004-2 | 629,928,000 | 47,826,703 | ($21,180,961) |
| 38 | MHL 2005-1 | 1,000,745,000 | 86,297,135 | ($37,321,050) |
| 39 | MHL 2005-2 | 678,815,000 | 57,935,587 | ($28,460,012) |
| 40 | MHL 2005-4 | 707,808,000 | 109,218,043 | ($98,576,440) |

|    | Abbr. Trust Name | Original Face Amount | Current Amount | Collateral Loss |
|---|---|---|---|---|
| 41 | NCAMT 2006-ALT1 | 511,373,000 | 117,329,601 | ($86,311,940) |
| 42 | NCHET 2004-1 | 1,479,260,000 | 62,970,875 | ($51,437,180) |
| 43 | NCHET 2004-2 | 1,873,530,000 | 86,390,054 | ($66,758,508) |
| 44 | NCHET 2004-3 | 2,363,029,000 | 92,886,865 | ($108,142,170) |
| 45 | NCHET 2004-4 | 2,414,830,000 | 97,939,730 | ($140,851,277) |
| 46 | NCHET 2005-1 | 2,895,601,000 | 177,100,843 | ($213,538,416) |
| 47 | NCHET 2005-2 | 2,888,210,000 | 234,742,537 | ($282,012,930) |
| 48 | NCHET 2005-3 | 2,802,334,000 | 285,474,318 | ($358,759,819) |
| 49 | NCHET 2005-4 | 2,005,300,000 | 214,257,933 | ($324,471,885) |
| 50 | NCHET 2006-1 | 1,328,077,000 | 222,218,549 | ($362,631,472) |
| 51 | NCHET 2006-2 | 1,167,699,000 | 229,271,178 | ($311,335,851) |
| 52 | SAST 2004-1 | 1,100,000,000 | 57,313,077 | ($48,524,715) |
| 53 | SAST 2004-2 | 1,200,000,000 | 75,177,236 | ($46,743,829) |
| 54 | SAST 2004-3 | 900,000,000 | 51,960,981 | ($55,419,534) |
| 55 | SAST 2005-1 | 1,000,000,000 | 72,211,261 | ($69,229,991) |
| 56 | SAST 2005-3 | 900,000,000 | 143,425,279 | ($126,930,811) |
| 57 | SAST 2006-3 | 1,078,545,000 | 400,108,037 | ($377,744,757) |
| 58 | TMTS 2006-8 | 980,000,000 | 341,341,862 | ($598,564,409) |
|    | **Total** | **85,824,514,665** | **10,147,766,863** | **($10,316,432,417)** |