# EXHIBIT F

# Morgan Lewis

**Bernard J. Garbutt III**
+1.212.309.6084
bernard.garbutt@morganlewis.com

August 21, 2017

**VIA EMAIL**
Benjamin Galdston, Esq.
Lucas R. Gilmore, Esq.
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

Re:   *BlackRock Core Bond Portfolio v.
      Deutsche Bank Nat'l Trust Co.*, No. 14-cv-9367 (S.D.N.Y.)

Dear Ben and Lucas:

As you know, we represent defendants Deutsche Bank National Trust Company ("DBNTC") and
Deutsche Bank Trust Company Americas, solely as trustees (the "Trustees"), in the above-
referenced case.

We write concerning the continuing saga of Plaintiffs' inadequate responses to "The Third Set
Of Interrogatories To Plaintiffs By Deutsche Bank National Trust Company, As Trustee," dated
January 15, 2016 (the "Third Set Of Interrogatories"), and, specifically, Plaintiffs' responses to
Interrogatory Nos. 8 and 9, which sought information about and evidence supporting Plaintiffs'
alleged transactions in the RMBS at issue in this case.  As you know, Plaintiffs responded to
those interrogatories, in part, by providing information about the alleged transactions in
appendices, one for each Plaintiff group (the "Appendices," each an "Appendix").  Plaintiffs
have attempted to correct the obvious errors and omissions in these Appendices at least three
times.  Amazingly, there are still errors and omissions with respect to both the information
contained in the Appendices and the purported "source" documents that purportedly evidence the
alleged transactions.  The errors and omissions are reflected on the attached chart (for Plaintiff
PIMCO) and marked Appendices (for other plaintiff groups), notated as to each type of
particular error and/or omission that pertains to each alleged transaction on the chart.  See Exh.
"A" (noting the errors and/or omissions of PIMCO Plaintiffs); Exh. "B" (noting the errors
and/or omissions of AEGON Plaintiffs; Exh. "C" (noting the errors and/or omissions of DZ
Bank Plaintiffs); and Exh. "D" (noting the errors and/or omissions of Prudential Plaintiffs).
We provide specific examples of these types of errors and omissions below, and request that

Benjamin Galdston, Esq.
Lucas R. Gilmore, Esq.
Bernstein Litowitz Berger & Grossmann LLP
August 21, 2017
Page 2

Plaintiffs remedy the errors and omissions no later than Friday, August 25th.

<u>First</u>, for example, the "source" documents that are supposed to provide the <u>evidence</u> that supports Plaintiffs' alleged transactions in the RMBS at issue are nothing more than documents that Plaintiffs themselves generated internally (the so-called "Trade Memoranda"). Please produce broker confirmations for all transactions at issue herein, for both alleged purchases and sales.



Benjamin Galdston, Esq.
Lucas R. Gilmore, Esq.
Bernstein Litowitz Berger & Grossmann LLP
August 21, 2017
Page 3



Benjamin Galdston, Esq.
Lucas R. Gilmore, Esq.
Bernstein Litowitz Berger & Grossmann LLP
August 21, 2017
Page 4


We request that you correct any errors or omissions on the Appendices and produce any missing "source" documents for any of the alleged transactions by Friday, August 25th.


Very truly yours,

Bernard J. Garbutt III


cc:    Blair Nicholas, Esq.
       Timothy DeLange, Esq.
       Brett Middleton, Esq.
       Rollin Chippey, II, Esq.
       Elizabeth Frohlich, Esq.
       Grant MacQueen, Esq.
       Jamie Whittenburg, Esq.

# EXHIBIT A

| Purported Source Document | Corresponding Row on PIMCO's 2017.06.05 Revised Appendix | Date Error? | Portfolio ID Error? | Wrong/Unidentified Purchase Counterparty? | Original Face Purchased Error? | Price Error? | CUSIP/Trust I | No Errors |
|---|---|---|---|---|---|---|---|---|
| 1576008 | 1 | | | | | | | ✓ |
| 34059275 | 2 | | ✓ | | | | | |
| 1576006 | 2 | ✓ | | | ✓ | ✓ | | |
| 34059274 | 3 | ✓ | ✓ | | ✓ | ✓ | | |
| 34059276 | 3 | | ✓ | | | | | |
| 1575876 | 4 | | | | | | | ✓ |
| 1576028 | 5 | | ✓ | | | | | |
| 1576037 | 6 | | | | | | | ✓ |
| 1575934 | 7 | | | | | | | ✓ |
| 1575934 | 8 | | ✓ | | ✓ | | | |
| 1576026 | 8 | ✓ | | | ✓ | | | |
| 1575934 | 9 | | | | | | | ✓ |
| 1575934 | 10 | | | | | | | ✓ |
| 1575934 | 11 | | | | | | | ✓ |
| 1576040 | 12 | | | | | | | ✓ |
| 1576035 | 13 | | | | | | | ✓ |
| 1575984 | 14 | | | | | | | ✓ |
| 1576036 | 15 | | | | | | | ✓ |
| 1576003 | 16 | | | | | | | ✓ |
| 1576011 | 17 | | | | | | | ✓ |
| 1575894 | 18 | | | | | | | ✓ |
| 1575992 | 19 | | | | | | | ✓ |
| 1575908 | 20 | | | | | | | ✓ |
| 34059277 | 21 | ✓ | ✓ | | | ✓ | | |
| 34059278 | 21 | | ✓ | | | | | |
| 1575877 | 21 | ✓ | | ✓ | | ✓ | | |
| 1575931 | 22 | | | ✓ | | | | |
| 1575931 | 23 | | | ✓ | | | | |
| 1575922 | 24 | | | | | | | ✓ |
| 1575931 | 25 | | | ✓ | ✓ | | | |
| 1575922 | 26 | | | | ✓ | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1575931 | 27 | | | ✓ | | | | |
| 1575922 | 28 | | | | | | | ✎ |
| 1575931 | 29 | | | ✓ | | | | |
| 1575922 | 30 | | | | | | | ✎ |
| 1575931 | 31 | | | ✓ | | | | |
| 1575931 | 32 | | | ✓ | | | | |
| 1575982 | 33 | | ✓ | | | | | |
| 1575921 | 34 | | ✓ | | ✓ | | | |
| 1575914 | 35 | ✓ | | | ✓ | | | |
| 1575905 | 36 | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 1575913 | 37 | | | | | | | ✎ |
| 1575905 | 38 | | | ✓ | | | | |
| 1575921 | 39 | | ✓ | ✓ | ✓ | | | |
| 1575914 | 40 | | | | ✓ | | | |
| 1575904 | 41 | | | | | | | ✎ |
| 1576030 | 42 | | | | | | | ✎ |
| 1576039 | 43 | | | | | | | ✎ |
| 1575930 | 44 | | | | | | | ✎ |
| 1575956 | 45 | | | | | | | ✎ |
| 1575926 | 46 | | | | | | | ✎ |
| 1575997 | 47 | | | | | | | ✎ |
| 1575912 | 48 | | | | | | | ✎ |
| 1575926 | 49 | | | | | | | ✎ |
| 1575930 | 50 | | ✓ | | ✓ | | | |
| 1575967 | 50 | ✓ | | ✓ | ✓ | ✓ | | |
| 1575956 | 51 | | ✓ | | | | | |
| 1575967 | 51 | ✓ | | ✓ | ✓ | ✓ | | |
| 1575957 | 52 | | ✓ | | ✓ | | | |
| 1575967 | 52 | ✓ | | ✓ | ✓ | ✓ | | |
| 1575911 | 53 | | ✓ | | | | | |
| 1575967 | 53 | ✓ | | ✓ | ✓ | ✓ | | |
| 1575958 | 54 | | ✓ | | ✓ | | | |
| 1575930 | 55 | | ✓ | | ✓ | | | |
| 1575912 | 56 | | ✓ | | ✓ | | | |

| ID | # | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|---|
| 1575956 | 57 |  |  |  |  |  |  | ✎ |
| 1575958 | 58 |  |  |  |  |  |  | ✎ |
| 1575912 | 59 |  | ✓ |  | ✓ |  |  |  |
| 1575926 | 60 |  |  |  |  |  |  | ✎ |
| 1575956 | 61 |  |  |  |  |  |  | ✎ |
| 1575926 | 62 |  |  |  |  |  |  | ✎ |
| 1576032 | 63 |  |  |  |  |  |  | ✎ |
| 1575929 | 64 |  |  |  |  |  |  | ✎ |
| 1575902 | 65 |  |  | ✓ |  |  |  |  |
| 1575958 | 66 |  | ✓ |  | ✓ |  |  |  |
| 1576013 | 67 |  |  |  |  |  |  | ✎ |
| 34059281 | 68 | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| 34059282 | 68 |  | ✓ |  |  |  |  |  |
| 1575989 | 68 | ✓ |  | ✓ | ✓ | ✓ |  |  |
| 34059280 | 69 |  | ✓ |  |  |  |  |  |
| 34059281 | 69 | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| 1575989 | 69 | ✓ |  | ✓ | ✓ | ✓ |  |  |
| 34059279 | 70 |  | ✓ |  |  |  |  |  |
| 34059281 | 70 | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| 1575989 | 70 | ✓ |  | ✓ | ✓ | ✓ |  |  |
| 1575949 | 71 |  |  |  |  |  |  | ✎ |
| 34059283 | 72 |  | ✓ |  |  |  |  |  |
| 34059284 | 72 | ✓ | ✓ | ✓ |  | ✓ |  |  |
| 1576002 | 72 | ✓ |  | ✓ |  | ✓ |  |  |
| 34059285 | 73 | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |
| 34059286 | 73 |  |  | ✓ | ✓ |  |  |  |
| 1576027 | 73 | ✓ |  | ✓ | ✓ | ✓ |  |  |
| 1575975 | 74 |  | ✓ |  | ✓ |  |  |  |
| 1575975 | 75 |  | ✓ |  | ✓ |  |  |  |
| 1575975 | 76 |  | ✓ |  | ✓ |  |  |  |
| 1575975 | 77 |  | ✓ |  | ✓ |  |  |  |
| 1575975 | 78 |  | ✓ |  | ✓ |  |  |  |
| 1575975 | 79 |  | ✓ |  | ✓ |  |  |  |
| 1575882 | 80 |  |  |  |  |  |  | ✎ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1575978 | 81 | | | | | | | ✎ |
| 1575881 | 82 | ✓ | | ✓ | | ✓ | | |
| 1575977 | 82 | | ✓ | | ✓ | | | |
| 1576023 | 83 | | | | | | | ✎ |
| 1575977 | 84 | | ✓ | | ✓ | | | |
| 1575977 | 85 | | | | | | | ✎ |
| 1575977 | 86 | | ✓ | | ✓ | | | |
| 1575977 | 87 | | | | | | | ✎ |
| 1575977 | 88 | | ✓ | | ✓ | | | |
| 1575977 | 89 | | ✓ | | ✓ | | | |
| 1575983 | 89 | ✓ | | ✓ | | ✓ | | |
| 34059246 | 90 | ✓ | ✓ | ✓ | | ✓ | | |
| 1575879 | 90 | ✓ | | ✓ | | ✓ | | |
| 34059248 | 91 | ✓ | ✓ | ✓ | | ✓ | | |
| 34059250 | 91 | | ✓ | | | | | |
| 1575880 | 91 | ✓ | | ✓ | | ✓ | | |
| 1575977 | 92 | | ✓ | | ✓ | | | |
| 1575977 | 93 | | | | | | | ✎ |
| 1575941 | 94 | | | | | | | ✎ |
| 1575891 | 95 | | | | | | | ✎ |
| 1575953 | 96 | ✓ | | ✓ | | ✓ | | |
| 1575971 | 96 | ✓ | ✓ | | ✓ | | | |
| 1576018 | 97 | | | ✓ | | | | |
| 1575971 | 98 | | | | | | | ✎ |
| 1575971 | 99 | | | | | | | |
| 1575971 | 100 | | | | | | | |
| 1575971 | 101 | | | | | | | |
| 1576023 | 102 | | | ✓ | ✓ | | ✓ | |
| 1575971 | 103 | ✓ | ✓ | | ✓ | | | |
| 1576016 | 104 | | | | | | | ✎ |
| 34059254 | 105 | ✓ | ✓ | ✓ | | ✓ | | |
| 34059255 | 105 | ✓ | ✓ | ✓ | | ✓ | | |
| 1576023 | 105 | | ✓ | | ✓ | | | |
| 1575961 | 106 | | | | | | | ✎ |

| Number | Page | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| 1575961 | 107 | | | | | | | [icon] |
| 1575887 | 108 | | | | | | | [icon] |
| 1575901 | 109 | | | | | | | [icon] |
| 1575996 | 110 | | | | | | | [icon] |
| 1575898 | 111 | | | | | | | [icon] |
| 1575898 | 112 | | | | | | | [icon] |
| 1575898 | 113 | | | | | | | [icon] |
| 34059257 | 114 | | ✓ | | | | | |
| 34059258 | 114 | ✓ | ✓ | ✓ | | ✓ | | |
| 1575895 | 114 | ✓ | | ✓ | | ✓ | | |
| 34059259 | 115 | ✓ | ✓ | ✓ | | ✓ | | |
| 34059260 | 115 | | ✓ | | | | | |
| 1575986 | 115 | ✓ | | ✓ | | ✓ | | |
| 1576017 | 116 | | | | | | | [icon] |
| 1576017 | 117 | | | | | | | [icon] |
| 1575886 | 118 | | | ✓ | | | | |
| 1575883 | 119 | | | | | | | [icon] |
| 1575985 | 120 | | | | | | | [icon] |
| 1575994 | 121 | | | | | | | [icon] |
| 1575885 | 122 | | | | | | | [icon] |
| 1576024 | 123 | | | | | | | [icon] |
| 1575932 | 124 | | | | | | | [icon] |
| 1576005 | 125 | | | | | | | [icon] |
| 1575932 | 126 | | | | | | | [icon] |
| 1576005 | 127 | | | | | | | [icon] |
| 1575932 | 128 | | | | | | | [icon] |
| 1575932 | 129 | | | | | | | [icon] |
| 1575988 | 130 | | | ✓ | | | | |
| 1575998 | 131 | ✓ | | | ✓ | | | |
| 1575909 | 132 | | | | | | | [icon] |
| 1575909 | 133 | | | | | | | [icon] |
| 1575909 | 134 | | | | | | | [icon] |
| 1576007 | 135 | | | | | | | [icon] |
| 1575969 | 136 | | | | | | | [icon] |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1575969 | 137 | | | | | | 🖋 |
| 1575990 | 138 | ✓ | | | | | |
| 1576029 | 139 | | | | | | 🖋 |
| 1575947 | 140 | | | | | | 🖋 |
| 1576010 | 141 | | | | | | 🖋 |
| 1575900 | 142 | | | | | | 🖋 |
| 1575955 | 143 | | | | | | 🖋 |
| 1575944 | 144 | | | | | | 🖋 |
| 1576038 | 145 | | | | | | 🖋 |
| 1575918 | 146 | | | | | | 🖋 |
| 1575959 | 147 | | | | | | 🖋 |
| 1575945 | 148 | | | | | | 🖋 |
| 1575936 | 149 | | | | | | 🖋 |
| 1575899 | 150 | | | | | | 🖋 |
| 1575899 | 151 | | | | | | 🖋 |
| 1575940 | 152 | | | | | | 🖋 |
| 1576031 | 153 | | | | | | 🖋 |
| 1575899 | 154 | | | | | | 🖋 |
| 1575884 | 155 | | | | | | 🖋 |
| 1575991 | 156 | | | | | | 🖋 |
| 1575923 | 157 | | | | | | 🖋 |
| 34059261 | 158 | | ✓ | | ✓ | | |
| 34059262 | 158 | ✓ | ✓ | ✓ | | ✓ | |
| 34059264 | 158 | ✓ | ✓ | ✓ | ✓ | ✓ | |
| 1575963 | 158 | ✓ | | ✓ | | ✓ | |
| 1575893 | 159 | | | | | | 🖋 |
| 1576021 | 160 | | | | | | 🖋 |
| 1575888 | 161 | | | | | | 🖋 |
| 34059242 | 162 | ✓ | | | | | |
| 1575952 | 163 | | | | | | 🖋 |
| 1575935 | 164 | ✓ | | | | | |
| 1575892 | 165 | | | | | | 🖋 |
| 1576000 | 166 | | | | | | 🖋 |
| 34059265 | 167 | | ✓ | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34059267 | 167 | ✓ | ✓ | ✓ | | ✓ | |
| 1576009 | 167 | ✓ | | ✓ | | ✓ | |
| 1576041 | 168 | | | | | | ✎ |
| 1575946 | 169 | | | | | | ✎ |
| 1575954 | 170 | | | | | | ✎ |
| 34059244 | 171 | | | ✓ | ✓ | ✓ | |
| 34059268 | 172 | ✓ | ✓ | | ✓ | ✓ | |
| 34059269 | 172 | | ✓ | ✓ | | | |
| 1576004 | 172 | | | ✓ | | | |
| 1575889 | 173 | | | | | | ✎ |
| 1576012 | 174 | | | | | | ✎ |
| 1576012 | 175 | | | | | | ✎ |
| 34059271 | 176 | ✓ | ✓ | | | ✓ | |
| 34059272 | 176 | | ✓ | ✓ | | | |
| 1575999 | 176 | | | ✓ | | | |
| 1575924 | 177 | | | | | | ✎ |
| 1575924 | 178 | | | | | | ✎ |
| 1575924 | 179 | | | | | | ✎ |
| 1575924 | 180 | | | | | | ✎ |
| 1575924 | 181 | | | | | | ✎ |
| 1575942 | 182 | | | | | | ✎ |
| 1575928 | 183 | | | | | | ✎ |
| 1575928 | 184 | | | | | | ✎ |
| 1575907 | 185 | | | | | | ✎ |
| 1575907 | 186 | | | | | | ✎ |
| 1575950 | 187 | | | ✓ | | | |
| 1575917 | 188 | | | | | | ✎ |
| 1575917 | 189 | | ✓ | | ✓ | | |
| 1575917 | 190 | | | | | | ✎ |
| 1575890 | 191 | | | | | | ✎ |
| 1575943 | 192 | | | | | | ✎ |
| 1575925 | 193 | | | | | | ✎ |
| 1575927 | 194 | | | | | | ✎ |
| 1575927 | 195 | | | | | | ✎ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1575927 | 196 | | | | | | [seal] |
| 1575938 | 197 | | | | | | [seal] |
| 1575927 | 198 | | | | | | [seal] |
| 1576022 | 199 | | ✓ | | | | |
| 1575973 | 200 | | | | | | [seal] |
| 1575897 | 201 | | | | | | [seal] |
| 1575973 | 202 | | | | | | [seal] |
| 1576033 | 203 | | | | | | [seal] |
| 34059243 | 204 | | | | ✓ | | |
| 1575951 | 205 | | | | | | [seal] |
| 1576034 | 206 | | | | | | [seal] |
| 1575939 | 207 | | | | | | [seal] |
| 1575987 | 208 | | | | | | [seal] |
| 1575933 | 209 | | | | | | [seal] |
| 1576025 | 210 | | | | | | [seal] |
| 1575933 | 211 | | | | | | [seal] |
| 1575933 | 212 | | | | | | [seal] |
| 1575993 | 213 | ✓ | | | | | |
| 1575933 | 214 | | | | | | [seal] |
| 1575933 | 215 | | | | | | [seal] |
| 1575896 | 216 | | | | | | [seal] |
| 1576001 | 217 | | | | | | [seal] |
| 1575919 | 218 | | | | | | [seal] |
| 1575919 | 219 | | | | | | [seal] |
| 1575948 | 220 | | | | | | [seal] |
| 1576014 | 221 | | ✓ | | | | |
| 1576020 | 222 | | | | | | [seal] |
| 1576014 | 223 | | ✓ | | | | |
| 1576020 | 224 | | | | | | [seal] |
| 1575910 | 225 | | | | | | [seal] |
| 1575910 | 226 | | | | | | [seal] |
| 1575915 | 227 | | ✓ | | | | |
| 1575915 | 228 | | ✓ | | | | |
| 1575915 | 229 | | ✓ | | | | |

| 1575995 | 230 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

# EXHIBIT B

# EXHIBIT C



# EXHIBIT D

