USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/06/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK CORE BOND PORTFOLIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY; and DEUTSCHE BANK TRUST COMPANY AMERICAS, <br><br> Defendants. | Case No. 14-cv-9367-JMF-SN |

**STIPULATION AS TO DOCUMENTS PRODUCED BY
PLAINTIFFS KORE ADVISORS, LP AND SEALINK FUNDING LIMITED**

WHEREAS, Plaintiffs Kore Advisors, LP ("Kore") and Sealink Funding Limited ("Sealink") assert claims against Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (together, the "Trustees") (each a "Party" and, collectively, the "Parties"), in the above-captioned action.

WHEREAS, Kore produced documents from its files to the Trustees during the course of discovery in the above-captioned action (the "Kore Documents").

WHEREAS, Sealink produced documents from its files to the Trustees during the course of discovery in the above-captioned action (the "Sealink Documents").

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that:

1.   Kore stipulates that the Kore Documents are authentic because they meet the requirements of Federal Rule of Evidence 901(a);

2. Kore stipulates that the Kore Documents are not hearsay because they qualify as records of regularly conducted activity within the meaning of Federal Rule of Evidence 803(6), and meet all the requirements under Federal Rule of Evidence 803(6);

3. Sealink stipulates that the Sealink Documents are authentic because they meet the requirements of Federal Rule of Evidence 901(a);

4. Sealink stipulates that the Sealink Documents are not hearsay because they qualify as records of regularly conducted activity within the meaning of Federal Rule of Evidence 803(6), and meet all the requirements under Federal Rule of Evidence 803(6);

5. The Trustees take no position as to the Kore Documents or the Sealink Documents, including as to whether they are authentic under Federal Rule of Evidence 901(a) or whether they are records of regularly conducted activity within the meaning of Federal Rule of Evidence 803(6).

Dated: March 14, 2018

Respectfully submitted,

| By: /s/ Timothy A. DeLange | By: /s/ Bernard J. Garbutt III |
|---|---|
| TIMOTHY A. DELANGE | BERNARD J. GARBUTT III |
| Timothy A. DeLange<br>Benjamin Galdston<br>Brett M. Middleton<br>Richard D. Gluck<br>Lucas E. Gilmore<br>Robert S. Trisotto<br>Jacob T. Spaid<br>Julia A. Johnson<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:    (858) 793-0070<br>Fax:   (858) 793-0323<br><br>*Attorneys for Plaintiffs BlackRock Core Bond Portfolio, et al.* | Bernard J. Garbutt III<br>Grant R. MacQueen<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178-0600<br>Tel:(212) 309.6000<br>Fax:(212) 309.6001<br><br>Rollin B. Chippey, II<br>Elizabeth A. Frohlich<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market Street, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001<br><br>*Attorneys for Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas* |

SO ORDERED:

_____
Honorable Jesse M. Furman
United States District Judge

April 6, 2018