USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/06/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLACKROCK CORE BOND PORTFOLIO, et al.,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY; and DEUTSCHE BANK TRUST COMPANY AMERICAS,

    Defendants.

Case No. 14-cv-9367-JMF-SN

## STIPULATION OF VOLUNTARY DISMISSAL OF ALL OF PLAINTIFF SEALINK FUNDING LIMITED'S CLAIMS WITH PREJUDICE

WHEREAS, Plaintiff Sealink Funding Limited ("Sealink") asserts claims against Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (together, the "Trustees") (each a "Party" and, collectively, the "Parties"), in the above-captioned action solely arising out of, relating to, or in any way connected with, the following five of the sixty-two trusts currently at issue in this action:

    AABST 2006-1    AHM 2006-3    IMM 2005-7
    INABS 2007-H1    MHL 2005-5

WHEREAS, Sealink wishes to voluntarily dismiss with prejudice all of its claims against the Trustees arising out of, relating to, or in any way connected with, each of the foregoing five trusts.

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that:

1.    Subject to the approval of the Court, all of Sealink's claims against the Trustees in this action arising out of, relating to, or in any way connected with the following five trusts shall

be voluntarily dismissed, with prejudice, and neither Party shall seek from the other recovery of its own respective costs and/or attorneys' fees:

| AABST 2006-1 | AHM 2006-3 | IMM 2005-7 |
| INABS 2007-H1 | MHL 2005-5 | |

2. This voluntary dismissal with prejudice shall apply only to all of Sealink's claims in this action, and shall not apply to the claims of any of the other named Plaintiffs as to these five trusts or the claims of any of the other named Plaintiffs as to any of the other 62 trusts that are currently at issue in this action.

Dated: March 14, 2018

Respectfully submitted,

By: _____
TIMOTHY A. DELANGE

Timothy A. DeLange
Benjamin Galdston
Brett M. Middleton
Richard D. Gluck
Lucas E. Gilmore
Robert S. Trisotto
Jacob T. Spaid
Julia A. Johnson
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for Plaintiffs BlackRock Core Bond Portfolio, et al.*

By: _____
BERNARD J. GARBUTT III

Bernard J. Garbutt III
Grant R. MacQueen
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0600
Tel:(212) 309.6000
Fax:(212) 309.6001

Rollin B. Chippey, II
Elizabeth A. Frohlich
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas*

SO ORDERED.

_____
Jesse M. Furman
United States District Judge

April 6, 2018