UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLACKROCK BALANCED CAPITAL
PORTFOLIO (FI), et al.,

                        **Plaintiffs,**                      14-CV-09367 (JMF)(SN)

      **-against-**                                            **ORDER**

DEUTSCHE BANK NATIONAL TRUST
CO., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Judge Furman's ruling regarding sampling, the Court ORDERS the parties to meet and confer regarding the schedule for expert discovery and motions for summary judgment, including whether expert discovery should be stayed pending the resolution of the class certification motion. The parties should submit their proposed schedules by letter of no more than five pages by Friday, June 1, 2018.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:       May 22, 2018
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2018