```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLACKROCK BALANCED CAPITAL
PORTFOLIO (FI), et al.,

                          **Plaintiffs,**                      14-CV-09367 (JMF)(SN)

         -against-                                  **ORDER**

DEUTSCHE BANK NATIONAL TRUST
COMPANY, et al.,

                          **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Judge Furman's ruling on the permissibility of sampling, the parties submitted a schedule governing the rest of the litigation. The timing of this schedule is largely contingent on the resolution of the fully briefed class certification motion now pending before this Court (as well as any subsequent appeals thereof). Given this uncertainty, the Court declines to adopt the proposed schedule today. Instead, the Court ORDERS the plaintiffs to produce a list of loans on which they will proceed for the remainder of the action by August 1, 2018. A conference will be held on August 9, 2018, at 10:00 a.m. to discuss how to proceed with the remainder of the litigation. The parties are notified, however, that the Court is disinclined to adopt the parties' proposed schedule for expert discovery and believes that expert reports on any issue on which the party bears the burden could be served within 60 days after resolution of any Rule 23(f) petition.

**SO ORDERED.**

                                                                            _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     June 7, 2018
                 New York, New York