UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,<br><br>Defendants. | Case No. 14-cv-9367-JMF-SN |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**WHEREAS**, Plaintiffs BlackRock Balanced Capital Portfolio (FI), *et al.* ("Plaintiffs") and Defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (together, the "Defendants") (each a "Party" and, collectively, the "Parties") have reached a settlement agreement in this action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, that this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No Party shall seek from any other Party recovery of its costs and/or attorneys' fees.

Dated:  December 5, 2018

_____
TIMOTHY A. DeLANGE

David R. Stickney
Timothy A. DeLange
Benjamin Galdston
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Attorneys for Plaintiffs*

_____
MICHAEL S. KRAUT

Michael S. Kraut
Bernard J. Garbutt III
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0600
Tel:(212) 309.6000
Fax:(212) 309.6001

--and--

Rollin B. Chippey, II
Elizabeth A. Frohlich
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants*

**SO ORDERED:**

_____
The Honorable Jesse M. Furman
United States District Judge

DATE: _____